411 A.2d 217
**In re BABY GIRL P.**

**Appeal of C. C. P.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1980.

Decided Feb. 25, 1980.

James J. Kirchner, Lancaster, J. Brooke Aker, James R. Beam, Norristown, Montgomery County, for appellant.

Jeffrey M. Mottern, Hummelstown, for Jeffrey M. Mottern.

Peter R. Andrews, Lillian M. Morgan, Donald L. Reihart, York, for adoptive parents.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.